IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERENA LOVSTON, an Arkansas
resident on behalf of herself and all
other Arkansas residents similarly
situated                                                                                    PLAINTIFF

v.                               Case No. 4:11-cv-460-DPM

SKECHERS USA, INC.                                                           DEFENDANT

ORDER

Skechers' motion to clarify or withdraw, *Document No. 12*, is granted in part and denied in part. To clarify: the Court did not intend to remand the case, and did not remand the case, in its 19 July 2011 Order. The Court retains jurisdiction for further briefing by 5 August 2011 on the remand issue. In the meantime, the Court's 19 July 2011 Order is stayed and of no effect—other than to apprise the parties of the Court's preliminary thinking and prompt further briefing. The alternative request for withdrawal is denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 July 2011