IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERENA LOVSTON, an Arkansas
resident on behalf of herself and all
other Arkansas residents similarly
situated                                                              PLAINTIFF

v.                             Case No. 4:11-cv-460-DPM

SKECHERS USA, INC.                                          DEFENDANT

## ORDER

This case is stayed. *Document No. 19.* The Court intended to deny as premature Lovston's motion for class certification, *Document No. 3*, when it stayed the case, but did not. The stay is lifted; Lovston's motion for class certification, *Document No. 3*, is denied without prejudice; and the stay is reinstated on its previous terms.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 August 2011